## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### MOBILE DIVISION

ARIEL JOHNSON,              )

        Plaintiff,      )

v.                   )     Case No.: 1:20-cv-00400-WS-M

CAVALRY SPV I, LLC, EQUIFAX,  )

EXPERIAN, and TRANSUNION,  )

        Defendants.   )

                     )

## POSITION REGARDING SETTLEMENT

COMES NOW the Plaintiff, by and through her counsel of record, and Notifies the Court of the status of the various parties regarding settlement:

Plaintiff has resolved all matters asserted in this case against Cavalry SPV I, LLC, Equifax, and TransUnion.  Plaintiff has executed a settlement agreement with Experian, the sole remaining Defendant in this case, and is currently awaiting the execution of the same by Experian and consummation of the terms of said agreement.  Plaintiff expects the agreement with Experian to be completed within 30 days, at which time, Plaintiff and Experian expect to prepare and file a joint stipulation of dismissal, which will fully resolve this case.

RESPECTFULLY SUBMITTED,

/s/ Judson E. Crump
Judson E Crump, Counsel for Plaintiff

Judson E. Crump, PC
250 Congress St
Mobile, AL 36603
251.272.9148
judson@judsonecrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Judson E. Crump
judson@judsoncrump.com
Judson E. Crump, PC
250 Congress Street
Mobile, AL 36603
(251) 272-9148
*Counsel for Plaintiff*

Leilus J. Young, Jr.
jyoung@my-defense.com
Moore, Young, Foster & Hazelton, LLP
1122 Edenton Street
Birmingham, AL 35242
(205) 879-8722
(205) 879-8831 Fax
*Counsel for Experian*

Joseph D. Steadman, Jr.
jsteadman@joneswalker.com
Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
(251) 439-7534
*Counsel for Equifax*

Justin Sauls
jsauls@qslwm.com
Quilling, Selander, Lownds, Winslett, & Moser, PC
6900 N. Dallas Pkw, Ste 800
Plano, TX 75024
214.871.2100
*Counsel for TransUnion*

**/s/ Judson E. Crump**
Judson E. Crump

2